IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. B-04-917-01 |
| | § | |
| RUDOLFO NUNCIO, JR. | § | |

# ORDER

On this day came to be heard Defendant's Unopposed Motion for Continuance of Sentencing Hearing, and after due consideration the same is hereby GRANTED. Sentencing is reset to **August 8, 2005** at **8:30 a.m.**

Signed this 7th day of June, 2005.

Andrew S. Hanen
United States District Judge